

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HERON CRUZ,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:16-cv-00736-RCJ-WGC

**ORDER**

    The court directed petitioner to pay the filing fee. Petitioner has not paid the filing fee within the allotted time. The court will dismiss the action.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to pay the filing fee. The clerk of the court shall enter judgment accordingly and close this action.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    IT IS FURTHER ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

///

///

///

///

IT IS FURTHER ORDERED that the clerk shall electronically serve respondents with a copy of the petition and a copy of this order. No response by respondents is necessary.

DATED: August 22, 2017.

                                                                                       _____
                                                                                       ROBERT C. JONES
                                                                                       United States District Judge